**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Chester Briggs

v. CA:06-528S

A.T. Wall

**O R D E R**

The Attorney General is hereby ordered to file its response to the Plaintiff's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before **January 4, 2007.**

BY ORDER

Doreen Baldwell
DEPUTY CLERK

ENTER:

WE Smith
WILLIAM E. SMITH
United States District Judge

DATE: 12/6/06