**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHESTER BRIGGS** | **:** | |
| | **:** | |
| **v.** | **:** | **CA: 06-528S** |
| | **:** | |
| **A.T. WALL** | **:** | |

## CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 3rd day of January, 2007, I filed State Of Rhode Island's Motion To Dismiss Petition Under 28 USC § 2254 For Writ Of Habeas Corpus By A Person In State Custody and Memorandum In Support Of Its Motion To Dismiss Petition Under 28 USC § 2254 For Writ Of Habeas Corpus By A Person In State Custody electronically and that it is available for viewing and downloading from the ECF system. I also certify that on the 4th day of January, 2007, I placed a copy of the within document in the U.S. mail, postage prepaid, to the following:

Chester Briggs
Adult Correctional Institution
P.O. Box 8200
Cranston, RI 02920

/s/ Jane M. McSoley_