IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHESTER BRIGGS | : | |
| | : | CA No. 06-528S |
| vs. | : | |
| | : | |
| A.T. WALL | : | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE**

I am Chester Briggs, petitioner in this matter. I am told the state has filed a motion to dismiss but I have not received it yet. For several months I have been attempting to hire an attorney to represent me in this matter. I have spoken with a Rhode Island lawyer who has been reviewing my case.

I need additional time to hire this lawyer so that I may file an adequate response to the state's motion. Therefore, I ask the Court to enlarge the time to file my answer to February 22, 2007.

Respectfully submitted,

Chester R Briggs

Chester Briggs, *Pro Se*
Maximum Security
Adult Correctional Institution
P.O. Box 8200
Cranston, RI 02920

**CERTIFICATION**

I hereby certify that on the 10th day of January, 2007, I filed the original of this document conventionally and mailed a copy to:

Jane M. McSoley, Esq.
Assistant Attorney General
Appellate Division
150 South Main Street
Providence, RI 02903

Ellen Taylor

Ellen Taylor for
Chester Briggs