IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHESTER BRIGGS | : | |
| | : | CA No. 06-528S |
| vs. | : | |
| | : | |
| A.T. WALL | : | |

**PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

Petitioner hereby moves for an enlargement of time to and including April 5, 2007 to file a response to the *State of Rhode Island's Motion to Dismiss Petition Under 28 USC § 2254 For Writ of Habeas Corpus by a Person in State Custody*. Counsel have entered their appearance concurrently with the filing of this motion, and the case file is voluminous.

Counsel has spoken to counsel for the State of Rhode Island and is authorized to represent that she has no objection to this enlargement.

Petitioner states his reasons for this motion in the accompanying memorandum of law.

Respectfully submitted,
Chester Briggs
By his attorneys,

/s/ John A. MacFadyen

JOHN A. MACFADYEN (#1209)
C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 14th day of February, 2007, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Jane M. McSoley
Assistant Attorney General
150 South Main Street
Providence, RI 02903
jmcsoley@riag.ri.gov

/s/ John A. MacFadyen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHESTER BRIGGS | : | |
| | : | CA No. 06-528S |
| vs. | : | |
| | : | |
| A.T. WALL | : | |

**PETITIONER'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR ENLARGEMENT OF TIME**

Petitioner has moved for an enlargement of time to and including April 5, 2007 to file a response to the *State of Rhode Island's Motion to Dismiss Petition Under 28 USC § 2254 For Writ of Habeas Corpus by a Person in State Custody* (*Motion to Dismiss*).

Petitioner filed a *pro se* petition for writ of habeas corpus on December 5, 2006. On January 3, 2007, the State of Rhode Island filed a motion to dismiss accompanied by a 21-page memorandum.

Counsel for petitioner have entered their appearance concurrently with the filing of this motion for enlargement of time. They have not yet read the record in this case, which consists of some 24 volumes of transcript. Mr. O'Brien is currently on trial in the Superior Court of Providence County (*State of Rhode Island v. Jason Francis,* No. P1/2005-1596A), and is likely to remain so through the month of February. Consequently, this additional time will be necessary to prepare an adequate response to the *Motion to Dismiss*.

As noted in the motion, petitioner's counsel have spoken to counsel for the State of Rhode Island, who has stated that she has no objection to this enlargement of time. Petitioner is currently serving his sentence at the Adult Correctional Institutions, and consequently the State will not be prejudiced by this request.

For all of these reasons, Petitioner requests that this motion be granted.

Respectfully submitted,
Chester Briggs
By his attorneys,

/s/ John A. MacFadyen
JOHN A. MACFADYEN (#1209)
C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 14th day of February, 2007, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Jane M. McSoley
Assistant Attorney General
150 South Main Street
Providence, RI 02903
jmcsoley@riag.ri.gov

/s/ John A. MacFadyen