IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHESTER BRIGGS | : | |
| | : | CA No. 06-528S |
| vs. | : | |
| | : | |
| A.T. WALL | : | |

**PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

Petitioner hereby moves for an enlargement of time to and including April 26, 2007 to file a response to the *State of Rhode Island's Motion to Dismiss Petition Under 28 USC § 2254 For Writ of Habeas Corpus by a Person in State Custody*. The principal reason for this request is the fact that, despite their persistent efforts, counsel have not obtained a complete transcript of the petitioner's trial in Rhode Island Superior Court.

Counsel have spoken to counsel for the State of Rhode Island and are authorized to represent that she has no objection to this enlargement.

Petitioner states his reasons for this motion more fully in the accompanying memorandum of law.

Respectfully submitted,
Chester Briggs
By his attorneys,

/s/ C. Leonard O'Brien, Esq.

JOHN A. MACFADYEN (#1209)
C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 26th day of March, 2007, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Jane M. McSoley
Assistant Attorney General
150 South Main Street
Providence, RI 02903
jmcsoley@riag.ri.gov

/s/ C. Leonard O'Brien, Esq.
C. Leonard O'Brien, Esq. (#1886)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHESTER BRIGGS | : | |
| | : | CA No. 06-528S |
| vs. | : | |
| | : | |
| A.T. WALL | : | |

**PETITIONER'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR ENLARGEMENT OF TIME**

Petitioner has moved for an enlargement of time to and including April 26, 2007 to file a response to the *State of Rhode Island's Motion to Dismiss Petition Under 28 USC § 2254 For Writ of Habeas Corpus by a Person in State Custody* (*Motion to Dismiss*). This is the petitioner's second request for an extension.

Petitioner was not represented by his present counsel at trial in Rhode Island Superior Court and on appeal in the Rhode Island Supreme Court. He filed a *pro se* petition for writ of habeas corpus on December 5, 2006. On January 3, 2007, the State of Rhode Island filed a motion to dismiss accompanied by a 21-page memorandum. His current counsel entered the case on February 14, 2007.

Petitioner's first request for an extension was made because counsel needed the opportunity to read the complete record below. The trial transcript provided to them consisted of 24 volumes amounting to nearly 4,000 pages. However, a voluminous case file turned out to be only part of the challenge. As counsel worked their way through the material, they found that sections of the transcript were out of order or simply missing. The missing material ranged from a few pages to the whole direct examination of a significant prosecution witness. When they looked elsewhere for a complete, properly organized copy, they found that no one, the court

included, had a copy available. Today, the Clerk of the Superior Court informed counsel that, following a two-week search, he had located the court's copy of the 2001 proceedings in the basement of the Newport County Courthouse. He has promised counsel access to the transcript after it is shipped to Providence later this week. Consequently, this additional time will be necessary to complete counsels' review of the record and to prepare an adequate response to the *Motion to Dismiss*.

As noted in the motion, petitioner's counsel have spoken to counsel for the State of Rhode Island, who has stated that she has no objection to this enlargement of time. Petitioner is currently serving his sentence at the Adult Correctional Institutions, and consequently the State will not be prejudiced by this request.

For all of these reasons, Petitioner requests that this motion be granted.

Respectfully submitted,
Chester Briggs
By his attorneys,

/s/ C. Leonard O'Brien, Esq.

JOHN A. MACFADYEN (#1209)
C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 26th of March, 2007, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Jane M. McSoley
Assistant Attorney General
150 South Main Street
Providence, RI 02903
jmcsoley@riag.ri.gov

/s/ C. Leonard O'Brien, Esq.
C. Leonard O'Brien, Esq. (#1886)