IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHESTER BRIGGS | : | |
| | : | CA No. 06-528S |
| vs. | : | |
| | : | |
| A.T. WALL | : | |

**PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

Petitioner hereby moves for an enlargement of time to and including May 26, 2007 to file a response to the *State of Rhode Island's Motion to Dismiss Petition Under 28 USC § 2254 For Writ of Habeas Corpus by a Person in State Custody*. His response is currently due on April 26, 2007. Petitioner requires this additional period of time due to the extraordinary difficulty in compiling a complete record of the transcripts and filings in this lengthy and cumbersome state proceeding.

Counsel have spoken to counsel for the State of Rhode Island and are authorized to represent that she has no objection to this enlargement.

Petitioner states his reasons for this motion more fully in the accompanying memorandum of law.

Respectfully submitted,
Chester Briggs
By his attorneys,

/s/ C. Leonard O'Brien, Esq.

JOHN A. MACFADYEN (#1209)
C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 16th day of April, 2007, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Jane M. McSoley
Assistant Attorney General
150 South Main Street
Providence, RI 02903
jmcsoley@riag.ri.gov

/s/ C. Leonard O'Brien, Esq.
C. Leonard O'Brien, Esq. (#1886)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHESTER BRIGGS | : | |
| | : | CA No. 06-528S |
| vs. | : | |
| | : | |
| A.T. WALL | : | |

**PETITIONER'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR ENLARGEMENT OF TIME**

Petitioner has moved for an enlargement of time to and including May 26, 2007 to file a response to the *State of Rhode Island's Motion to Dismiss Petition Under 28 USC § 2254 For Writ of Habeas Corpus by a Person in State Custody* (*Motion to Dismiss*).

As noted in counsel's preceding enlargement request, petitioner was not represented by his present counsel at trial in Rhode Island Superior Court and on appeal in the Rhode Island Supreme Court. He filed a *pro se* petition for writ of habeas corpus on December 5, 2006. On January 3, 2007, the State of Rhode Island filed a motion to dismiss accompanied by a 21-page memorandum. His current counsel entered the case on February 14, 2007.

Counsel has sought requests for enlargement of time because the trial transcript provided to them was both lengthy (nearly 4,000 pages) and incomplete. The Superior Court was not able to locate and make available the original transcript until the very end of March, 2007. Further, petitioner does not yet have a complete record of the documentary submissions by the parties. Trial counsel's records are in disarray. The Superior Court file will become available only this week.

The state's response to the petition was a motion to dismiss, which did not include with it any of the supporting materials required by Rule 5 of the *Rules Governing § 2254 Cases in the*

*United States District Courts*. This response claims that petitioner received a full and fair hearing in the state court system which led to constitutional decisions which were not contrary to clearly established federal law. *State of Rhode Island's Memorandum in Support of Its Motion to Dismiss Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Memorandum)* at 3 et seq. In order to respond to this claim, and for this Court to reach a decision on it, the relevant portions of the state court record must be isolated and presented. This process is ongoing.

As part of this process, counsel has been reviewing and winnowing the claims made by the original petition in order to focus on certain substantial claims of constitutional deprivation which are both exhausted within the state system and on which the state courts reached "a decision that was contrary to, or involved in unreasonable application of, clearly established federal law . . . or resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding." 28 U.S.C. § 2254(d)(1). Additional time is necessary to review the record regarding each of these claims.

As noted in the motion, petitioner's counsel have spoken to counsel for the State of Rhode Island, who has stated that she has no objection to this enlargement of time. Petitioner is currently serving his sentence at the Adult Correctional Institutions, and consequently the State will not be prejudiced by this request.

For all of these reasons, Petitioner requests that this motion be granted.

Respectfully submitted,
Chester Briggs
By his attorneys,

/s/ C. Leonard O'Brien, Esq.
JOHN A. MACFADYEN (#1209)
C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 16th of April, 2007, I filed this Motion and Memorandum electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Jane M. McSoley
Assistant Attorney General
150 South Main Street
Providence, RI 02903
jmcsoley@riag.ri.gov

/s/ C. Leonard O'Brien, Esq.
C. Leonard O'Brien, Esq. (#1886)