IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHESTER BRIGGS | : | |
| | : | CA No. 06-528S |
| vs. | : | |
| | : | |
| A.T. WALL | : | |

**EXHIBIT A**

**PETITIONER'S DISCOVERY REQUESTS**

1. Documents of the below-named authorities which describe in any manner, Mr. Ayers's relationship with their own agency or other law enforcement agency:

    a. Rhode Island State Police
    b. Rhode Island Attorney General
    c. East Providence Police Department
    d. Pawtucket Police Department

2. Documents of these same authorities which relate to the dispositions in the following cases:

    a. Info. No. 1998-0382A
    Fraudulent Use of Credit Cards
    Disposition Date: 4/23/98

    b. Info. No. 1998-2361A
    B&E (Hill Office Supply)
    Disposition Date: 9/22/98

    c. Info. No. 1999-0928A
    B&E Bldg Nt w/Int Larc (Salvation Army)
    Disposition Date: 4/8/99

    d. Info. No. 1999-0524A
    Receiving Stolen Goods Over $800 (Ebeling's Auto)
    Disposition Date: 3/9/99

    e. Info. No. 1999-3387A
    B&E Bldg Nt w/Int Larc (Clockwork Deli)
    Disposition Date: 9/30/99

f. Info. No. 2000-3556A
B&E Bldg Nt w/Felony Intent (Sam's Fuel and Food)
Disposition Date: 12/12/00

3. Documents of these same authorities relating to law enforcement interactions with Ayers, including date and time and duration, including but not limited to the following people:

a. Investigator Edward Randall

b. Detective Eric L. Croce

c. Detective Nicholas M. Tella

d. Detective John A'Vant

e. Assistant Attorney General Stephen G. Dambruch

f. Assistant Attorney General Randall White

4. Updated BCI report on Timothy Scott Ayers

Respectfully submitted,
Chester Briggs
By his attorneys,

/s/ C. Leonard O'Brien

JOHN A. MACFADYEN, ESQ. (#1209)
C. LEONARD O'BRIEN, ESQ. (#1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 8th day of June, 2007, I filed the foregoing Exhibit A-Petitioner's Discovery Requests electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Jane M. McSoley
Assistant Attorney General
150 South Main Street
Providence, RI 02903
jmcsoley@riag.ri.gov

/s/ C. Leonard O'Brien