**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CHESTER R. BRIGGS,**

Petitioner,

v. C.A. No. 06-528 S

**A.T. WALL**, Director of the Rhode Island Department of Corrections,

Respondent.

**ORDER**

On December 5, 2006, Chester R. Briggs, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting a variety of claims. The Attorney General of the State of Rhode Island thereafter timely filed a Motion to Dismiss the petition.

On February 14, 2007, Mr. Briggs retained counsel to represent him in this matter. Counsel for Mr. Briggs filed an Objection to the motion to dismiss and have indicated therein that they have "winnowed the list [of claims] down to the Ayers situation and related Due Process violations." See Petitioner's Objection to the State of Rhode Island's Motion to Dismiss, Dckt # 10, p. 15. However, after a review of the Petition, and of the Objection, it is not clear which precise claims are being abandoned, and which claims continue to be asserted.

Accordingly, it is hereby **ORDERED**:

**1.** Counsel for Mr. Briggs shall file, within 20 days of the date of this Order, an Amended Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; and

**2.** The Attorney General of the State of Rhode Island shall file its Response to the Amended Petition within 20 days after the Amended Petition is filed with the Court.

**IT IS SO ORDERED.**

WESmith

William E. Smith
United States District Judge
June 21, 2007