# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

**Chester R. Briggs**
**Plaintiff**

**V.**

**A.T. Wall, Director, Rhode Island Department of Corrections**
**Defendant**

**Case Number: C.A. NO. 06-528S**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, A.T. Wall, Director, Rhode Island Department of Corrections against the Plaintiff, Chester R. Briggs pursuant to the Court's Memorandum and Order dated January 17, 2008 granting Defendant's Motion to Dismiss and denying Plaintiff's motion for Discovery, Plaintiff's Motion for an Evidentiary Hearing and dismissing Plaintiff's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.**

**BY ORDER:**

Loren Baldinelli

**Deputy Clerk**

**January 18, 2008**
**Date**