IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHESTER BRIGGS :
: CA No. 06-528S
vs. :
:
A.T. WALL :

**NOTICE OF APPEAL**

Now comes the petitioner, Chester Briggs, and hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the judgment and order denying petitioner's motions for discovery and for evidentiary hearing and dismissing his petition for writ of habeas corpus.

Respectfully submitted,
Chester Briggs
By his attorneys,

JOHN A. MACFADYEN (#1209)
C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

**CERTIFICATION**

I hereby certify that on the 15th day of February, 2008, I filed the foregoing Notice of Appeal conventionally with the Court and served it by first-class U.S. mail on:

Jane M. McSoley, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903