UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHESTER BRIGGS | : | |
| | : | |
| v. | : | C.A.: 06-528S |
| | : | |
| A.T. WALL | : | |

**APPENDIX TO STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY.**

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**JANE M. McSOLEY, #3136**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

## TABLE OF CONTENTS

## APPENDIX TO STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY.

1. State v. Briggs, 756 A.2d 731 (R.I. 2000)

2. State v. Briggs, 886 A.2d 735 (R.I. 2005)

3. Brief For The Appellant, State of Rhode Island, C.A. 99-145

4. Brief Of Appellant, Chester Briggs, C.A. 2003-0404

5. Brief Of Appellee, State of Rhode Island, C.A. 2003-0404