COA #08-1237
3-12-08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

February 25, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Chester Briggs v. A.T. Wall**
**CA06-528S**

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

ENC: Certified Docket, Doc.# 22(Appendix to State of RI Motion to Dismiss; Original Copy)

23