# *UNITED STATES DISTRICT COURT*
*for the*
***District of Rhode Island***

***Case No. CA06-528S***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Chester Briggs**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at ~~**10:00**~~ 2:00 **o'clock** ~~**a.m.**~~ p.m., on the ~~27~~ 26 day of **March, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named ... on the date and time ...

Deputy ... Garcia

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: March 14, 2008.

David A. DiMarzio, Clerk

Motion Hearing

***By*** ***Doreen Baldinelli - Deputy Clerk***